WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | CR-11-8089-001-PCT-PGR |
| Plaintiff, | ) | |
| vs. | ) | **DETENTION ORDER** |
| Vladimir Lee Hurley | ) | |
| Defendant. | ) | |

On August 16, 2011, defendant Vladimir Lee Hurley appeared before this Court on a petition to revoke conditions of release and submitted the issue to the Court. The Court considered the information provided to the Court in determining whether the defendant should be released on conditions set by the Court.

The Court finds, by clear and convincing evidence, that the defendant has violated the conditions of release and that there is no condition or combination of conditions available to the Court. 18 U.S.C.§ 3148(b).

IT IS THEREFORE ORDERED that defendant be detained pending further proceedings.

DATED this 16th day of August, 2011.

Joseph C. Welty
Maricopa County Superior Court Judge